IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANA WILLIAM SWORD,

    Petitioner,

    v.

DOLLY MATTEUCCI, Superintendent
of Oregon State Hospital in Salem, Oregon,

    Respondent.

Case No. 6:19-cv-01565-YY

ORDER

YOU, Magistrate Judge.

The Court GRANTS Petitioner's Motion to Voluntarily Dismiss Without Prejudice (ECF No. 56). IT IS ORDERED this action is DISMISSED, without prejudice

IT IS SO ORDERED.

DATED this   13th   day of December, 2021.

    /s/ Youlee Yim You
    Youlee Yim You
    United States Magistrate Judge

1 - ORDER